

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     Terry Smith v. The State of Texas

Appellate case numbers:   01-12-00661-CR, 01-12-00662-CR, 01-12-00663-CR

Trial court case number:   10DCR055807A (Counts I, II, III)

Trial court:             400th District Court of Fort Bend County

      Appellant's motion for rehearing is denied.


      It is so ORDERED.


Judge's signature: /s/ Laura Carter Higley
                 Acting for the Court

Panel consists of Justices Keyes, Higley, and Massengale


Date: February 11, 2014